IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IN THE MATTER OF:            )
                             )
DEFAIR FARMS, LLC            ) CHAPTER 11 CASE NO. 10-60332-LWD
                             )
    Debtor                   )
                             )

## EXHIBIT A – LIST OF EQUITY SHARE HOLDERS

DEFAIR FARMS, LLC is a Partnership made up of two members/partners listed below:

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Anthony B. Fair<br>2882 Cypress Lake Road<br>Statesboro, GA  30458 | Member/Partner | 50% |
| D. Lamar DeLoach<br>1710 Defair Farm Loop<br>Metter, GA  30349 | Member/Partner | 50% |

Dated at Savannah, Georgia, this 12th day of April, 2010.

                                                    s/ James L. Drake, Jr.
                                                  JAMES L. DRAKE, JR.
                                                  Attorney for debtor, DeFairm Farms, LLC

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. BOX 9945
SAVANNAH, GA  31412
(912)790-1533