# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA

In re  **DeFair Farms, LLC**　　　　　　　　　　Case No.　**10-60332-LWD**

　　　Debtor.　　　　　　　　　　　　　　　　Chapter　**11**

## AMENDMENT COVER SHEET

**The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)**

- ____ Voluntary Petition (Specify reason for amendment) _____
- ____ Summary of Schedules
- ____ Schedule A - Real Property
- ✓ Schedule B - Personal Property
- ____ Schedule C - Property Claimed as Exempt
- ____ Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
    - ____ Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required
    - ____ Add/change address of already listed creditor - No Fee
- ____ Schedule G - Executory Contracts and Unexpired Leases
- ____ Schedule H - Codebtors
- ____ Schedule I - Current Income of Individual Debtor(s)
- ____ Schedule J - Current Expenditures of Individual Debtor(s)
- ____ Declaration Regarding Schedules
- ____ Statement of Financial Affairs and/or Declaration
- ____ Chapter 7 Individual Debtor's Statement of Intention
- ____ Disclosure of Compensation of Attorney for Debtor
- ____ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C)
- ____ Certification of Credit Counseling
- ____ Other: _____

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee.**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date:  **4/27/2010**　　　　s/ D. Lamar DeLoach
　　　　　　　　　　　　　D. Lamar DeLoach
　　　　　　　　　　　　　Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IN THE MATTER OF:            )
                             )
DEFAIR FARMS, LLC            ) CHAPTER 11 CASE NO. 10-60332-LWD
                             )
    Debtor                   )
                             )

### AMENDMENT TO SCHEDULE B – PERSONAL PROPERTY

DeFair Farms, LLC, debtor, hereby amends SCHEDULE B - PERSONAL PROPERTY, to delete therefrom the following items which were inadvertently included on such Schedule as originally filed:

| Item | Value |
|---|---|
| (4) Massey Ferguson 240 Tractors (Valued at $3,000.00 each) | $12,000.00 |
| 04 DJ Bulldozer 700 - #32672 | $35,000.00 |
| Bell B30B Off Road Dump - #T1530 | $15,000.00 |
| Buffalo 6300 Cultivator - #3840 | $1,500.00 |
| Crescent Lo-Boy Trailer 50 Ton | $20,000.00 |
| John Deere 544G Loader - #61354 | $20,000.00 |
| John Deere 650G Dozer - #19166 | $25,000.00 |
| John Deere Excavator - #603569 | $40,000.00 |
| John Deere Rotary Cutter XH14 - #3174 | $2,000.00 |
| John Deere X595 Tractor w/Deck - #10916 | $1,000.00 |
| Kubota Mower w/60' Deck - #13914 | $1,300.00 |
| Kubota Mower w/Deck - #53828 | $2,000.00 |
| Kubota Tractor/Mower G1800 - #12634 | $2,000.00 |
| Univerferth GC7000 Grain Cart - #61333 | $5,000.00 |

These items of property are not titled in the debtor's name.

A copy of the AMENDED SCHEDULE B - PERSONAL PROPERTY is attached hereto.

DATED this the 27th day of April, 2010.

                                              s/ James L. Drake, Jr.
                                              James L. Drake, Jr.
                                              Attorney for DeFair Farms, LLC, Debtor

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. Box 9945
SAVANNAH, GA 31412
(912) 790-1533

B6B (Official Form 6B) (12/07)

In re **DeFair Farms, LLC**                                   Case No. **10-60332-LWD**
                         Debtor                                                    (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account No. 052702<br>Farmers & Merchants Bank<br>PO Box 2789<br>Statesboro, GA 30459 | | 1,028.39 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **DeFair Farms, LLC**                                       ,   Case No. __10-60332-LWD__
               Debtor                                                                                (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1975 INTL 1600; VIN: D0512EHA35587 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1981 FRUE Trailer; VIN: 1H4T04122BK003301 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1985 Flat Utility Trailer; VIN: 1UYFS2453FA354038 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1985 VULC F-Trailer; VIN: 1LZF45201F1000112 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1986 Flat Utility Trailer; VIN: 1UYFS245XFA354165 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 Great Trailer; VIN: 1GRAA9625HS099001 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 Great Trailer; VIN: 1GRAA9627HS099002 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1988 INTL; VIN: 1HTLDTVN5JH598311 | | 5,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1990 Nissan UD2300; VIN: JNALG97J3LGN55261 | | 5,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1992 HINO FF; VIN: JHBFF2088N2T10023 | | 5,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1993 Kenworth; VIN: 2XKWDB9X4PMS81854 | | 8,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Chevrolet Kodiak; VIN: 1GBJ6H1H4TJ102882 | | 8,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Lone Utility Trailer; VIN: 98120428 | | 1,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **DeFair Farms, LLC**  
Debtor

Case No. **10-60332-LWD**  
(If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Nissan King Cab; VIN: 1N6SD16S8VC332749 | | 500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 SPAR Trailer; VIN: 1S9GH4220VM451370 | | 5,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Gate Utility Trailer; VIN: SWF0269312 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Goose Trailer; VIN: 002025 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 INTL; VIN: 2HSCEAM9YC061789 | | 2,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Live Trailer; VIN: T32050704 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Live Trailer; VIN: T32050804 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Live Trailer; VIN: T32050904 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Nissan Frontier Truck 1N6ED27Y3YC417721 | | 5,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Nissan King Cab; VIN: 1N6SD16SXVC305861 | | 2,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Padg F-Trailer; VIN: 1P9FP1227SG196013 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Padg F-Trailer; VIN: 694002 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Padg F-Trailer; VIN: 694003 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Padg F-Trailer; VIN: 694004 | | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Freight FL60; VIN: 1FVABPAL72HK26058 | | 7,500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Chevrolet K1500; VIN: 3CGEK4Z96G165077 | | 10,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 D&E Utility Trailer; VIN: 109BU16206G460J68 | | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Ice Machine | | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **DeFair Farms, LLC**                                                          Case No. **10-60332-LWD**
                              Debtor                                                                  (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | | (12) Decleot Tobacco Barns (Valued at $3,000.00 each) | | 36,000.00 |
| Farming equipment and implements. | | 10's Stainless Pull Spreader #75537 | | 3,000.00 |
| Farming equipment and implements. | | 4 Row Stan Hay Planter | | 1,500.00 |
| Farming equipment and implements. | | 6000 Hi-Cycle - #17371 | | 10,000.00 |
| Farming equipment and implements. | | Big Foot Tobacco Bailer - #92189 | | 1,500.00 |
| Farming equipment and implements. | | Big Foot Tobacco Bailer - #99220 | | 1,500.00 |
| Farming equipment and implements. | | CAT GP25-LP Forklift - #02109 | | 2,500.00 |
| Farming equipment and implements. | | CAT V50D Forklift - #03209 | | 2,500.00 |
| Farming equipment and implements. | | Decloet Tobacco Harvest (#1) | | 15,000.00 |
| Farming equipment and implements. | | Decloet Tobacco Harvest (#2) | | 15,000.00 |
| Farming equipment and implements. | | Fert Tender UT-57 - #00143 | | 1,000.00 |
| Farming equipment and implements. | | Fert Tender UT-57 - #00547 | | 1,000.00 |
| Farming equipment and implements. | | John Deere #9930 Cotton Picker | | 5,000.00 |
| Farming equipment and implements. | | John Deere 3320 Tractor - #31221 | | 3,000.00 |
| Farming equipment and implements. | | John Deere 4039 Power Unit - #63134 | | 4,500.00 |
| Farming equipment and implements. | | John Deere 630 Harrow - #12834 | | 5,000.00 |
| Farming equipment and implements. | | John Deere 640 Loader - #44329 | | 3,000.00 |
| Farming equipment and implements. | | John Deere 6420 Tractor - #56596 | | 30,000.00 |
| Farming equipment and implements. | | John Deere 6420 Tractor - #56995 | | 30,000.00 |
| Farming equipment and implements. | | John Deere Forklift - #27940 | | 2,500.00 |
| Farming equipment and implements. | | John Deere Hi-Cycle - #23082 | | 10,000.00 |
| Farming equipment and implements. | | John Deere Power Unit - #51129 | | 4,500.00 |
| Farming equipment and implements. | | John Deere Rotary Mower - #09101 | | 2,500.00 |
| Farming equipment and implements. | | Kubota Implement RC48 - #11800 | | 1,000.00 |
| Farming equipment and implements. | | Long Mtg Hardhose - #2248 | | 5,000.00 |
| Farming equipment and implements. | | New Buffalo 6300 Cultivator - #04139 | | 2,000.00 |
| Farming equipment and implements. | | Taylor TCB Cotton Buggy - #95129 | | 5,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **DeFair Farms, LLC**    ,  Case No. **10-60332-LWD**
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　(If known)

## AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _4_ continuation sheets attached　　　　Total ▶ | | $ 288,528.39 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| DEFAIR FARMS, LLC | ) CHAPTER 11 CASE NO. 10-60332-LWD |
| | ) |
| Debtor | ) |
| | ) |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing SCHEDULE B, PERSONAL PROPERTY by CM/ECF or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

Matthew E. Mills
Assistant U. S. Trustee
222 West Oglethorpe Ave., Ste. 302
Savannah, GA 31401

This the 27th day of April, 2010.

s/ James L. Drake, Jr.
James L. Drake, Jr.
Attorney for DeFair Farms, LLC, Debtor

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. BOX 9945
SAVANNAH, GA 31412
(912) 790-1533