UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

In re  **DeFair Farms, LLC**                                Case No.  **10-60332-LWD**

  Debtor.                                                   Chapter  **11**

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes)

- ___ Voluntary Petition (Specify reason for amendment) _____
- ___ Summary of Schedules
- ___ Schedule A - Real Property
- ___ Schedule B - Personal Property
- ___ Schedule C - Property Claimed as Exempt
- ✓ Schedule D, E, or F and/or Matrix, and/or List of Creditors or Equity Holders
  - ✓ Add/Delete creditor(s), change amount or classification of debt - $26.00 fee required
  - ___ Add/change address of already listed creditor - No Fee
- ___ Schedule G - Executory Contracts and Unexpired Leases
- ___ Schedule H - Codebtors
- ___ Schedule I - Current Income of Individual Debtor(s)
- ___ Schedule J - Current Expenditures of Individual Debtor(s)
- ___ Declaration Regarding Schedules
- ___ Statement of Financial Affairs and/or Declaration
- ___ Chapter 7 Individual Debtor's Statement of Intention
- ___ Disclosure of Compensation of Attorney for Debtor
- ___ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B or 22C)
- ___ Certification of Credit Counseling
- ___ Other: _____

Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee.

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date:  **4/27/2010**          s/ **D. Lamar DeLoach**
                              **D. Lamar DeLoach**
                              Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| DEFAIR FARMS, LLC | ) CHAPTER 11 CASE NO. 10-60332-LWD |
| | ) |
| Debtor | ) |
| | ) |

## AMENDMENT TO SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

DeFair Farms, LLC, debtor, hereby amends SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS, to delete therefrom the following creditors and claims which were inadvertently included on such Schedule as originally filed:

| | |
|---|---|
| Christian, Kelly, Thigpen & Co., Inc.<br>PO Box 280<br>Dublin, GA  31021 | $70,816.50 |
| C&R Industrial/Farm Plan<br>PO Box 4550<br>Carol Stream, IL  60197-4450 | $4,864.14 |

A copy of the AMENDED SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS.

DATED this the 27th day of April, 2010.

s/ James L. Drake, Jr.
James L. Drake, Jr.
Attorney for DeFair Farms, LLC, Debtor

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. BOX 9945
SAVANNAH, GA  31412
(912)790-1533

B6F (Official Form 6F) (12/07)

In re   DeFair Farms, LLC
               Debtor

Case No. __10-60332-LWD__
                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ag-South, Inc.<br>PO Box 39<br>Statesboro, GA 30459 | | | Loan from Sister Company | | | | 2,875,850.00 |
| ACCOUNT NO.<br>Anthony B. Fair<br>2882 Cypress Lake Road<br>Statesboro, GA 30458 | | | Funds Loaned to DeFair Farms, LLC for operating capital | | | | 502,781.93 |
| ACCOUNT NO.    DeFair Farms<br>Bella Terra Sales<br>3741 Bella Terra Road<br>Brooklet, GA 30415 | | | Seed | | | | 65,638.16 |
| ACCOUNT NO.    DeFair Farms<br>Blanchard Equipment Co., Inc.<br>201 Stockyard Road<br>Statesboro, GA 30458 | X | | Equipment Parts | | | | 183,640.73 |

_1_  Continuation sheets attached

Subtotal ▶ $ 3,627,910.82

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **DeFair Farms, LLC**  
Debtor

Case No. **10-60332-LWD**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>D. Lamar DeLoach<br>1710 Defair Farm Loop<br>Metter, GA 30349 | | | Funds Loaned to DeFair Farms, LLC for operating capital | | | | 2,777,415.40 |
| ACCOUNT NO. DeFair Farms<br>Growers Ag Supply, Inc.<br>PO Box 6<br>Statesboro, GA 30459 | | | Fertilizer | | | | 85,500.00 |
| ACCOUNT NO. DeFair Farms Acct<br>McDougald Oil Company<br>PO Box 563<br>Statesboro, GA 30459 | | | Fuel | | | | 54,805.95 |
| ACCOUNT NO. CA#6:09-cv-00054<br>Meherrin Fertilizer, Inc.<br>PO Box 310<br>Severn, NC 27877 | X | | Fertilizier | | | | 301,964.48 |
| ACCOUNT NO. DeFair Farms<br>Tillman & Deal Farm Supply, Inc.<br>PO Box 158<br>Statesboro, GA 30459 | | | Fertilizer/Chemicals | | | | 551,804.81 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 3,771,490.64

Total ▶ $ 7,399,401.46

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| DEFAIR FARMS, LLC | ) CHAPTER 11 CASE NO. 10-60332-LWD |
| | ) |
| Debtor | ) |
| | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS by CM/ECF or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

Matthew E. Mills
Assistant U. S. Trustee
222 West Oglethorpe Ave., Ste. 302
Savannah, GA 31401

This the 27th day of April, 2010.

s/ James L. Drake, Jr.
James L. Drake, Jr.
Attorney for DeFair Farms, LLC, Debtor

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. Box 9945
SAVANNAH, GA 31412
(912) 790-1533